# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


## 03-00137


**CITGO PETROLEUM CORPORATION**

**VERSUS**

**HALTER-CALCASIEU, INC., L.L.C., ET AL.**


\* \* \* \* \* \* \*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, DOCKET NO. 2001-1911 C/W 2000-5364
HONORABLE FRED R. GODWIN, PRESIDING

\* \* \* \* \* \* \*
**SYLVIA R. COOKS**
**JUDGE**
\* \* \* \* \* \* \*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.


**AFFIRMED.**

Hugh Ramsey Straub
Terriberry, Carroll & Yancey
3100 Energy Center
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 523-6451
COUNSEL FOR APPELLANT:
        ConocoPhillips Company


Gregory W. Belfour
Jones, Tete, Nolen, Fonti & Belfour, L.L.P.
1135 Lakeshore Drive, Suite 600
Lake Charles, LA 70601
Telephone:   (337) 439-8315
COUNSEL FOR APPELLANT:
        ConocoPhillips Company

**James H. Hohenstein**
**Haight, Gardner, Holland & Knight, L.L.P.**
**195 Broadway**
**New Orleans, NY 10007**
**Telephone:  (212) 513-3200**
**COUNSEL FOR APPELLANT:**
**CITGO Petroleum Corporation**


**William B. Swift**
**Swift, Spears & Harper, L.L.P.**
**First Federal Building**
**P.O. Box 1810**
**Lake Charles, LA 70602**
**Telephone:    (337) 433-0707**
**COUNSEL FOR APPELLANT:**
**CITGO Petroleum Corporation**


**James B. Doyle**
**Woodley, Williams, Boudreau, Norman, Brown & Doyle, L.L.C.**
**500 Kirby Street**
**P.O. Box 3731**
**Lake Charles, LA 70602-3731**
**Telephone:    (337) 433-6328**
**COUNSEL FOR APPELLEE:**
**Halter Calcasieu, L.L.C., et al.**

**COOKS, Judge.**

For the reasons assigned in the companion case of *Citgo Petroleum Corp. v. Halter-Calcasieu, Inc., L.L.C., et al.*, 03-136 (La.App. 3 Cir. __/__/03), ___ So.2d ___, we affirm the judgment of the trial court in docket number 2001-1911. All costs of this consolidated appeal are assessed equally to the appellants, ConocoPhillips Company and CITGO Petroleum Corporation.

**AFFIRMED.**